

## NUMBER 13-12-00704-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**DONALD L. WILLIAMS, ET AL.,**          **Appellants,**

**v.**

**COMPASS BANK,**          **Appellee.**

---

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion Per Curiam**

Appellants, Donald L. Williams, et al., appealed a judgment entered by the 430th

District Court of Hidalgo County, Texas. On December 19, 2012, and February 1, 2013,

the Clerk of this Court notified appellants, in accordance with Texas Rule of Appellate

Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was

paid.   *See* TEX. R. APP. P. 42.3(c).   Appellants have not responded to the notices from the Clerk or paid the $175.00 filing fee.   *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellants' failure to pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.


PER CURIAM

Delivered and filed the
28th day of March, 2013.